**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:22-cv-61284-RKA**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.76.38.143 an individual,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.76.38.143, are voluntarily dismissed without prejudice.

Dated: October 26, 2022

Respectfully submitted,

SMGQ LAW

/s/ *Rachel E. Walker*
RACHEL E. WALKER (FL Bar No. 111802)
1200 Brickell Ave, Suite 950
Miami, FL 33131
Telephone: 305-377-1000
Fax: 855-327-0391
Primary Email: rwalker@smgqlaw.com

MAMONE VILLALON

By: */s/ Tyler A. Mamone*

Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379

*Attorneys for Plaintiff*