UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-61284-RKA (Lead Case)
9:22-cv-80490-RKA (Trailing Case)
9:22-cv-81013-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 73.204.176.105 an individual,

JOHN DOE subscriber assigned IP address 99.92.176.199 an individual,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendants, John Doe subscribers assigned IP address 73.204.176.105 and 99.92.176.199, are voluntarily dismissed with prejudice.

Dated: October 28, 2022

    Respectfully submitted,

    SMGQ LAW

    /s/ *Rachel E. Walker*
    RACHEL E. WALKER (FL Bar No. 111802)
    1200 Brickell Ave, Suite 950
    Miami, FL 33131
    Telephone: 305-377-1000
    Fax: 855-327-0391
    Primary Email: rwalker@smgqlaw.com

        MAMONE VILLALON

        By: */s/ Tyler A. Mamone*
        Tyler A. Mamone, Esq.
        100 SE 2nd St. Suite 2000
        Miami, FL 33131
        tyler@mvlawpllc.com
        Tel.: (786) 209-2379

        *Attorneys for Plaintiff*