UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-61284-RKA (Lead Case)
9:22-cv-81017-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 73.138.201.8 an individual,

    Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.138.201.8, are voluntarily dismissed with prejudice.

Dated: October 28, 2022

    Respectfully submitted,

    SMGQ LAW

    /s/ *Rachel E. Walker*
    RACHEL E. WALKER (FL Bar No. 111802)
    1200 Brickell Ave, Suite 950
    Miami, FL 33131
    Telephone: 305-377-1000
    Fax: 855-327-0391
    Primary Email: rwalker@smgqlaw.com

    MAMONE VILLALON

By: */s/ Tyler A. Mamone*
Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379

*Attorneys for Plaintiff*