UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61284-RKA (Lead Case)
1:22-cv-22092-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 66.176.89.19 an individual,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 66.176.89.19, are voluntarily dismissed without prejudice.

Dated: November 14, 2022            Respectfully submitted,

                                                       SMGQ LAW

                                                       /s/ *Rachel E. Walker*
                                                       RACHEL E. WALKER (FL Bar No. 111802)
                                                       1200 Brickell Ave, Suite 950
                                                       Miami, FL 33131
                                                       Telephone: 305-377-1000
                                                       Fax: 855-327-0391
                                                       Primary Email: rwalker@smgqlaw.com

                                                       MAMONE VILLALON

                                                       By:   */s/ Tyler A. Mamone*

Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379

*Attorneys for Plaintiff*