## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 0:22-cv-61284-RKA (Lead Case)
### 9:22-cv-81020-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address
73.138.200.207 an individual,

      Defendant.

_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 73.138.200.207, are voluntarily dismissed without prejudice.

Dated: November 14, 2022

    Respectfully submitted,

    SMGQ LAW

    /s/ *Rachel E. Walker*
    RACHEL E. WALKER (FL Bar No. 111802)
    1200 Brickell Ave, Suite 950
    Miami, FL 33131
    Telephone: 305-377-1000
    Fax: 855-327-0391
    Primary Email: rwalker@smgqlaw.com

    MAMONE VILLALON

    By:  */s/ Tyler A. Mamone*

Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379

*Attorneys for Plaintiff*