UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61284-RKA (Lead Case)
9:22-cv-81018-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 98.254.56.75 an individual,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.254.56.75, are voluntarily dismissed without prejudice.

Dated: November 14, 2022          Respectfully submitted,

                                         SMGQ LAW

                                         /s/ *Rachel E. Walker*
                                         RACHEL E. WALKER (FL Bar No. 111802)
                                         1200 Brickell Ave, Suite 950
                                         Miami, FL 33131
                                         Telephone: 305-377-1000
                                         Fax: 855-327-0391
                                         Primary Email: rwalker@smgqlaw.com


                                         MAMONE VILLALON

                                         By:   */s/ Tyler A. Mamone*
                                         Tyler A. Mamone, Esq.

                100 SE 2nd St. Suite 2000
                Miami, FL 33131
                tyler@mvlawpllc.com
                Tel.: (786) 209-2379

*Attorneys for Plaintiff*