UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61284-RKA (Lead Case)
9:22-cv-81820-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 137.103.215.197 an individual,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 137.103.215.197, are voluntarily dismissed with prejudice.

Dated: March 30, 2023

Respectfully submitted,

SMGQ LAW

/s/ *Rachel E. Walker*
RACHEL E. WALKER (FL Bar No. 111802)
1200 Brickell Ave, Suite 950
Miami, FL 33131
Telephone: 305-377-1000
Fax: 855-327-0391
Primary Email: rwalker@smgqlaw.com


MAMONE VILLALON

By: */s/ Tyler A. Mamone*
Tyler A. Mamone, Esq.

                                                                       100 SE 2nd St. Suite 2000  
                                                                       Miami, FL 33131  
                                                                       tyler@mvlawpllc.com  
                                                                       Tel.: (786) 209-2379

*Attorneys for Plaintiff*