Christian W. Waugh
**Waugh PLLC**
201 E. Pine Street
Suite 315
Orlando, FL 32801
321-800-6008
Email: cwaugh@waugh.legal

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61284-RKA (Lead Case)
2:23-cv-14267-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 66.176.101.64 an individual,

    Defendant.

___

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 66.176.101.64, are voluntarily dismissed without prejudice.

Dated: March 25, 2024                             Respectfully submitted,

                                             By: */s/ Christian W. Waugh*
                                                     Christian W. Waugh
                                                     Waugh PLLC
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

By: */s/ Mary Alexis Norberg*
    Mary Alexis Norberg
    Waugh Grant, PLLC
    *ATTORNEY TO BE NOTICED*

By: */s/ Sofie Tiffany Bayer*
    Sofie Tiffany Bayer
    Waugh Grant PLLC
    *ATTORNEY TO BE NOTICED*