Christian W. Waugh
**Waugh PLLC**
201 E. Pine Street
Suite 315
Orlando, FL 32801
321-800-6008
Email: cwaugh@waugh.legal

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:22-cv-61284-RKA (Lead Case)
1:23-cv-23686-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address
99.121.7.227 an individual,

    Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.121.7.227, are voluntarily dismissed without prejudice.

Dated: March 26, 2024              Respectfully submitted,

                                                By:   */s/ Christian W. Waugh*
                                                    Christian W. Waugh
                                                    Waugh PLLC
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

By: */s/ Mary Alexis Norberg*
    Mary Alexis Norberg
    Waugh Grant, PLLC
    *ATTORNEY TO BE NOTICED*

By: */s/ Sofie Tiffany Bayer*
    Sofie Tiffany Bayer
    Waugh Grant PLLC
    *ATTORNEY TO BE NOTICED*