Christian W. Waugh
**Waugh PLLC**
201 E. Pine Street
Suite 315
Orlando, FL 32801
321-800-6008
Email: cwaugh@waugh.legal

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:22-cv-61284-RKA (Lead Case)
2:24-cv-14025-RKA (Trailing Case)

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 76.109.21.202 an individual,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.109.21.202, are voluntarily dismissed with prejudice.

Dated: March 27, 2024                      Respectfully submitted,

                                                By:  */s/ Christian W. Waugh*
                                                        Christian W. Waugh
                                                        Waugh PLLC
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

By: */s/ Mary Alexis Norberg*
    Mary Alexis Norberg
    Waugh Grant, PLLC
    *ATTORNEY TO BE NOTICED*

By: */s/ Sofie Tiffany Bayer*
    Sofie Tiffany Bayer
    Waugh Grant PLLC
    *ATTORNEY TO BE NOTICED*